UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEAN MILLS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BANK OF AMERICA, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:13-cv-02203-RFB-CWH <br><br> **ORDER** |

     Presently before the Court is the parties' Stipulated Discovery Plan and Scheduling Order (Doc. #42), supported by the Declaration of Brian D. Shapiro (Doc. #43) and the Declaration of Anabela Gomes (Doc. #44). Given that the Stipulated Discovery Plan and Scheduling Order has not been signed by counsel for all of the parties, the Court will deny the Stipulated Discovery Plan, without prejudice, for the parties to re-file the Stipulated Discovery Plan with all of the required signatures.

     Additionally, the Court notes that the parties are requesting a discovery period of 270 days. The parties are advised that parties seeking longer or different time periods that the standard 180-day discovery period must provide a statement of reasons explaining why special scheduling review is requested. LR 26-1(d). The parties further are advised that the discovery deadline must be measured from the date the first defendant answers or otherwise appears. LR 26-1(e)(1). Finally, the parties are advised that requests for extensions of scheduled deadlines must be made no later than twenty-one (21) days before the expiration of the subject deadline. LR 26-4. The parties are directed to address these issues before re-filing the Stipulated Discovery Plan.

     IT IS THEREFORE ORDERED that the parties' Stipulated Discovery Plan and Scheduling Order (Doc. #42) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties must meet and confer and re-file the Stipulated Discovery Plan in accordance with this Order on or before August 20, 2015.

DATED: August 7, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge