DALE K. KLEVEN, ESQ.
Nevada Bar No. 7778
HOMEOWER RELIEF LAWYERS, LLC
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV  89149
dale@hrlnv.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEAN MILLS, an Individual; GLENDA MILLS, an Individual,<br><br>          Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a National Association; NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation; DOES I through X and ROE Corporations or Companies I through X,<br><br>          Defendants. | Case No.: 2:13-cv-02203-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO NATIONSTAR MORTGAGE, LLC'S AND BANK OF AMERICA'S MOTION TO DISMISS**<br><br>**(First Request)** |

The parties respectfully submit the following Stipulation to allow Plaintiffs Dean Mills and Glenda Mills additional time to file their Response to Defendants NATIONSTAR MORTGAGE, LLC's and BANK OF AMERICA, N.A. Motions to Dismiss. Defendants, NATIONSTAR MORTGAGE, LLC's and BANK OF AMERICA, N.A. filed their Motions to Dismiss on March 2, 2015, ECF No.'s 36 and 37.  Plaintiffs' Response was due on March 19, 2015.  The parties stipulate and agree that Plaintiffs shall have until September 18, 2015 to file their Response and Oppositions.  Good cause exists for the extension, as it will provide additional time for the parties to potentially resolve the claims, as they relate to NATIONSTAR MORTGAGE, LLC's and BANK OF AMERICA, N.A.

This is the parties' second request for an extension of time to respond to NATIONSTAR MORTGAGE, LLC'S and BANK OF AMERICA, N.A. Motions to Dismiss.

Dated this ___ day of September, 2015.

| **AKERMAN, LLP** | **HOMEOWNER RELIEF LAWYERS** |
|---|---|
| /s/ Allison R. Schmidt___ <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> ALLISON R. SCHMIDT, ESQ. <br> Nevada Bar No. 10743 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> Tel: (702) 634-5000 <br> Fax: (702) 380-8572 <br> Email: ariel.stern@akerman.com <br> Email: allison.schmidt@akerman.com <br><br> *Attorneys for Defendants Bank of America, N.A. and Nationstar Mortgage, LLC* | /s/Dale K. Kleven_____ <br> DALE K. KLEVEN. ESQ. <br> Nevada Bar No. 7778 <br> 5550 Painted Mirage Road, Suite 320 <br> Las Vegas, NV 89149 <br> tel: (702) 589-7520 <br> fax: (702) 946-1350 <br> Email: dale@hrlnv.com <br><br> *Attorney for Plaintiffs* |

## **ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 20th day of September, 2015.