ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendant Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEAN MILLS, an Individual; GLENDA MILLS, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NA, a National Association; NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation; BAYVIEW LOAN SERVICING, a foreign Limited Liability Company; DOES I through X and ROE Corporations or Companies I through X,<br><br>Defendants. | Case No.: 2:13-cv-02203-MMD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF NATIONSTAR MORTGAGE, LLC** |

Defendants Nationstar Mortgage, LLC (**Nationstar**), plaintiffs Dean & Glenda Mills (**Plaintiffs**) and Old Republic Insurance Company (**Old Republic**) hereby stipulate and agree as follows:

(1) Nationstar possesses no present interest in the deed of trust recorded as document no. 20060801-0003085 in the official records of Clark County Nevada;

(2) All claims in this action against Nationstar shall be dismissed with prejudice; and

…

…

…

(3) Each party shall bear their own fees and costs related to the claims dismissed herein.

DATED this 8th day of April, 2016.

| **AKERMAN LLP**<br><br>/s/ *Allison R. Schmidt*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>ALLISON R. SCHMIDT, ESQ.<br>Nevada Bar No. 10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendants Bank of America, NA, and Nationstar Mortgage, LLC* | **HOMEOWNER RELIEF LAWYERS, LLC**<br><br>/s/ *Dale K. Klevem*<br>Dale K. Kleven, Esq.<br>5550 Painted Mirage Rd., Suite 320<br>Las Vegas, NV 89145<br><br>*Attorney for Plaintiffs Dean Mills and Glenda Mills* |
|---|---|
| **LAW OFFICE OF BRIAN D. SHAPIRO, LLC**<br><br>/s/ (see attached)<br>Brian D. Shapiro, Esq.<br>228 S. 4th Street, Suite 300<br>Las Vegas, NV 89101<br><br>*Attorney for Defendant Old Republic Insurance Company* | |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

(3) Each party shall bear their own fees and costs related to the claims dismissed herein.

DATED this 14th day of January, 2016.

| AKERMAN LLP | HOMEOWNER RELIEF LAWYERS, LLC |
|---|---|
| /s/ Allison R. Schmidt<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>ALLISON R. SCHMIDT, ESQ.<br>Nevada Bar No. 10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendants Bank of America, NA, and Nationstar Mortgage, LLC* | /s/<br>Dale K. Kleven, Esq.<br>5550 Painted Mirage Rd., Suite 320<br>Las Vegas, NV 89145<br><br>*Attorney for Plaintiffs Dean Mills and Glenda Mills* |
| LAW OFFICE OF BRIAN D. SHAPIRO, LLC<br><br>/s/<br>Brian D. Shapiro, Esq.<br>228 S. 4th Street, Suite 300<br>Las Vegas, NV 89101<br><br>*Attorney for Defendant Old Republic Insurance Company* | |

**ORDER**

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED: April 17, 2016.

2