ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Bank of America, NA and The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-54TI, Mortgage Pass Through Certificates, Series 2006-45T1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEAN MILLS, an Individual; GLENDA MILLS, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NA, a National Association;, THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-54TI, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-45T1; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation; DOES I through X and ROE Corporations or Companies I through X,<br><br>Defendants. | Case No.: 2:13-cv-02203-RFB-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION** |

{42804170;1}

PLEASE TAKE NOTE that Plaintiffs Dean Mills and Glenda Mills (**Mills**), and Defendants Bank of America, NA (**BANA**) and The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-54TI, Mortgage Pass Through Certificates, Series 2006-45T1 (**BoNYM**), by and through their respective counsel of record, hereby stipulate and agree that the above-entitle action shall be dismissed with prejudice as to, and only as to, BANA and BoNYM. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 25 day of September, 2017.

| AKERMAN LLP | HOMEOWNER RELIEF LAWYERS, LLC |
|---|---|
| /s/ ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Bank of America, NA and The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-54TI, Mortgage Pass Through Certificates, Series 2006-45T1* | /s/ _____ #11320 for<br>DALE K. KLEVEN, ESQ.<br>Nevada Bar No. 7778<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, NV 89149<br><br>*Attorneys for Dean Mills & Glenda Mills* |

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

**DATED:** September 27, 2017.

{42804170;1}

2