DALE K. KLEVEN, ESQ.
Nevada Bar No. 007778
HOMEOWNER RELIEF LAWYERS LLC
5550 Painted Mirage Rd., Suite 320
Las Vegas, Nevada 89149
Phone: 702-589-7520
Fax: 702-577-7170
Email: dale@hrlnv.com
*Attorney for Plaintiffs*

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEAN MILLS, an Individual; GLENDA MILLS, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA N.A., a National Association; THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-54TI, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-45T1; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation; DOES I through X AND ROE Corporations or Companies I through X,<br><br>Defendants. | Case No. 2:13-cv-02203-RFB-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO DEFENDANT OLD REPUBLIC INSURANCE COMPANY** |

PLEASE TAKE NOTE that Plaintiffs Dean Mills and Glenda Mills, and Defendant OLD REPUBLIC INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice as to, and only as to, Defendant OLD REPUBLIC INSURANCE COMPANY. Each party shall bear

its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 11 day of October, 2017.

**HOMEOWNER RELIEF LAWYERS LLC**

_____
Dale K. Kleven, Esq.
Nevada Bar No. 007778
5550 Painted Mirage Road, Suite 340
Las Vegas, NV 89149
*Attorney for Plaintiffs*

_____
Brian D. Shapiro, Esq.
Nevada Bar No. 005772
510 S. 8th Street
Las Vegas, NV 89101
*Attorney for Defendant Old Republic Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of October, 2017.